# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONI J. HADDANUFF,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>*Defendant*. | Case No. 2:18-cv-01775-RSM-DWC<br><br>ORDER FOR EAJA FEES, EXPENSES AND COSTS |

Having considered all of the evidence in this matter, and both parties' positions, it is hereby ORDERED that attorney fees in the total amount of $11,262.38 expenses in the amount of $20.04 (for postage) and costs of $5.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and §1920, shall be awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then any check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney; and mailed to her office:

ORDER FOR EAJA FEES, COSTS AND EXPENSES
3:19-CV – 05001-RSM-DWC

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland, OR
97219

Whether the check is made payable to Plaintiff, or to her attorney, Nancy J. Meserow, the check shall be mailed to Attorney Meserow at the address as indicated *supra*.

IT IS SO ORDERED.

Dated this 3 day of December 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by: Nancy J. Meserow, WSBA 54173

   /s/ Nancy J. Meserow
Nancy J. Meserow,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
3:19-CV – 05001-RSM-DWC